■ In the Matter of DONALD L., A Person Alleged to be a Juvenile Delinquent, Appellant.—Appeal from an order of the Family Court, Queens County, dated November 8, 1973, which, after a fact-finding determination, adjudged that appellant is a juvenile delinquent and placed him on probation for a period of one year. The notice of appeal is deemed amended so as to show that the appeal is from the above-mentioned order of adjudication and disposition. Order affirmed, without costs *(People v McCaleb,* 25 NY2d 394). Hopkins, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.

■ In the Matter of TRAVIS S. LEVY, Appellant, v IRWIN GUMLEY et al., Constituting the Zoning Board of Appeals of the Town of Greenburgh, Respondents.—In a proceeding pursuant to CPLR article 78 to review respondents' determination, dated December 19, 1974 and made after a hearing, which canceled petitioner's special permit to operate an outdoor recreational facility, i.e., a golf driving range, etc., petitioner appeals from a judgment of the Supreme Court, Westchester County, dated June 25, 1975, which dismissed the proceeding. Judgment affirmed, with costs. In our opinion, the record on this appeal amply supports the decision of Special Term. Hopkins, Acting P. J., Latham, Margett, Christ and Shapiro, JJ., concur.